

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00567-CR

Gregory Patrick **MCBRIDE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2401
Honorable Raymond Angelini, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 13, 2016.

Sandee Bryan Marion, Chief Justice